UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-139 (PAM/SER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. Plaintiff, | ) | **ORDER SEALING DOCUMENT** |
| | ) | |
| KIM ROLENE HUTTERER, | ) | |
| | ) | |
| Defendant. | ) | |

---

Karen B. Schommer, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Caroline Durham, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

This matter comes before the Court on defendant's Motion to Seal Document.

Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the defendant's Motion to Seal Document is granted.

Dated: December 15, 2011            s/Paul A. Magnuson
                                    Honorable Paul A. Magnuson
                                    United States District Court Judge